ROSE L. EHLER (State Bar No. 296523)
rose.ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Motion Picture Association, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO DISCORD, INC. | Case Number: 3:25-mc-80362<br><br>**DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Larissa Knapp, the undersigned, declare that:

1. I am Executive Vice President and Global Chief Content Protection for the Motion Picture Association, Inc. ("MPA"). I submit this declaration on behalf of Warner Bros. Entertainment, Inc., ("Warner Bros."), a member of the Alliance for Creativity and Entertainment ("ACE"). ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. Warner Bros., whether itself or through its subsidiaries and affiliates, owns the copyrights in the below referenced copyrighted works. I am authorized to act on Warner Bros.' behalf in this matter. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

2. Submitted with these materials is a notification to Discord that ACE submitted on Warner Bros.'s behalf. The notification explains that a certain Discord user (User ID: 417142124228771850) published on Discord's platform the below-referenced posts, which link to infringing copies of the Warner Bros. titles *Peacemaker* and *Weapons*.

| No | Channel URL | Channel ID | Message URL | Message ID | Infringed Title |
|---|---|---|---|---|---|
| 1 | https://discord.com/channels/1063875908387225691/1325492330899177523 | 1325492330899177523 | https://discord.com/channels/1063875908387225691/1325492330899177523/1426057877969178624 | 1426057877969178624 | Peacemaker (S02E08) |
| 2 | https://discord.com/channels/1063875908387225691/1325492330899177523 | 1325492330899177523 | https://discord.com/channels/1063875908387225691/1325492330899177523/1414328694520152175 | 1414328694520152175 | Weapons |

-2-   Case No. 3:25-mc-80362
DECLARATION OF LARISSA KNAPP ISO ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

The notification provided all information required by 17 U.S.C. § 512(c)(3)(A). A copy of the notification is attached hereto as **Exhibit 1.**

3. Warner Bros. (via the Motion Picture Association, Inc.) is requesting issuance of the attached proposed subpoena that would order Discord, Inc. to disclose the identities, including the names, physical addresses, IP addresses, telephone numbers, and e-mail addresses, of the individual(s) that operate the Discord account with the following User ID: 417142124228771850.

4. The purpose for which this subpoena is sought is to obtain the identities of the alleged infringer(s) who have exploited Warner Bros.' exclusive rights in its copyrighted works without its authorization. This information obtained through this subpoena will only be used for the purposes of protecting Warner Bros.' rights under U.S. Code, Title 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington D.C., on November 14, 2025.

*Larissa Knapp*
Larissa Knapp